Daniel B. Wilkerson, WSB 7-6415
Wilkerson Law Group
PO Box 607
Gillette, WY 82717
(307) 686-6347 Phone
(307) 687-0217 Facsimile
infowy@wilkersonlawgroup.com
Attorney for Plaintiff, Ryan Davis

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| Plaintiff, ) | |
| ) | |
| RYAN DAVIS, an individual, ) | |
| ) | |
| v. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| THE CITY OF POWELL, WYOMING and ) | Case No. 23-CV-230-SWS |
| JOHN DOE(S) 1-10 ) | |

___

# PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES PURSUANT TO FED. R. CIV. P. 26 (a)(2)

___

**COMES NOW**, Plaintiff Officer Ryan Davis, by counsel, Daniel B. Wilkerson of Wilkerson Law Group, and pursuant to the *Court's Initial Pretrial Order* as well as Fed. R. Civ. P. 26(a)(2), and hereby designates the following expert witness who may be called to render opinions at the trial of this matter, as follows:

**RETAINED EXPERTS PURSUANT TO F.R.C.P. 26(a)(2)**

1. Kourtney Layton, MRC, CRC, LVRC, ABOVE/F, IPEC, CLCP, CVE
   5513 W 11000 N #443
   Highland, UT 84003
   (855) 831-8880

Attached hereto as Exhibit A are the following documents related to this designation of expert witness Kortney Layton, MRC, CRC, LVRC, ABOVE/F, IPEC, CLCP, CVE.

A. Report containing and describing opinions held in this matter.

B. Qualifications as detailed in the attached curriculum vitae.

C. Prior testimony as per required Rule 26 disclosure.

D. Publications as per required Rule 26 disclosure.

E. Hourly rates for work as an expert witness in preparing reports, time spent during preparation for testimony at deposition or trial, and for time spent testifying as a witness at deposition or trial are reflect in Exhibit A.

Kortney Layton, MRC, CRC, LVRC, ABOVE/F, IPEC, CLCP, CVE is expected to testify in accordance with the opinions, findings and conclusions contained in her report, as well as any deposition that she may undergo in the future relative to this litigation.

Plaintiff expressly reserves the right to supplement Kortney Layton, MRC, CRC, LVRC, ABOVE/F, IPEC, CLCP, CVE's opinions with additional information acquired during discovery, including depositions yet to be completed, and additional documents requested and received from Defendants, if any.

## **GENERAL PROVISIONS**

1. All opinions of the expert witness set forth herein are and will be to the required degree of probability pursuant to the applicable law in the witness's field of expertise.

2. This designation is intended to supplement any and all interrogatories and requests for production of documents propounded by the Defendant, as well as any deposition of a particular witness.

3. The expert listed herein may criticize, comment upon, and/or rebut the deposition testimony, trial testimony, and/or data/reports, written materials and/or any raw data or testing materials produced and/or complied in this case by the expert(s) or other witnesses designated or called by the Defendant.

4. Plaintiff reserves the right to call any expert designated by the Defendant in this case, whether retained or withdrawn as an expert.

5. Plaintiff reserves the right to supplement this designation of expert witnesses pending ongoing discovery, or review of additional discovery not yet obtained, or which will be provided later in this case.

**RESPECTFULLY SUBMITTED** this 22nd day of November 2024.

/s/ Daniel B. Wilkerson_____
Daniel B. Wilkerson, Bar No. 7-6415

### CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court and the foregoing was served this 22nd day of November 2024, the by following means:

Thomas A. Thompson                      [X] EMAIL
Wyoming Local Government Liability Pool
tthompson@lglp.net

/s/ Jennifer M. Hieb_____
Jennifer M. Hieb, Paralegal
Wilkerson Law Group