# Exhibit B

Ryan Davis Deposition Exhibit 5

Conditional Offer of Employment – October 1, 2020

# Powell Police

Roy Eckerdt, Chief of Police

*"In Pursuit of Justice, Peace, and Order"*

## CONDITIONAL OFFER OF EMPLOYMENT

This agreement constitutes a conditional offer of employment from the Powell Police to the applicant for the position of probationary police officer. The applicant must meet the below listed terms and conditions before being hired by the City of Powell / Powell Police. A final offer of employment *may* be extended to applicant only after he/she has successfully completed all the requirements established by the Powell Police.

The applicant must meet the following terms and conditions:
1. Sufficient physical condition necessary to perform the essential functions of the position applied for, *at time of final job offer and/or hiring*, as determined by a medical history and examination, and department hiring process physical fitness assessment.
2. Any additional requirements specified by the Powell Police, which may include:
    a. Background investigation
    b. Fingerprint clearance by DCI and FBI
    c. Psychological test and interview
    d. Polygraph interview
    e. Command Staff interview
    f. Medical examination including drug screen
3. Final approval by the City of Powell Administrator.

EXHIBIT 5 Davis 10-1-24

This conditional offer of employment is an agreement between the Powell Police and

**Davis, Ryan Scott**
Applicant's Full Name (Print)

XXX-XX-███
Applicant Social Security Number

This conditional offer of employment shall remain valid and in effect for six (6) months from the effective date of the agreement. This offer may be withdrawn upon the **applicant's** failure to successfully meet any **one** of the above terms and conditions. The applicant, if selected, shall receive a final offer of employment subject to a one (1) year probationary period after all conditions have been satisfied, and the Powell Police have available a vacancy at the position offered. The effective date of the final offer of employment will be at the discretion of the Powell Police. Subject to the above, this offer does not guarantee employment with the Powell Police.

## ACKNOWLEDGMENT

Successful compliance with these job-related and necessary conditions of employment is required to carry out the essential functions for the above position. I have read and understand the terms of this conditional offer of probationary employment.

10/01/2020 through 4/1/2021
Effective Dates

_____
Chief    Signature

_____
Applicant    Signature

10/1/20
Date

10/1/20
Date

250 North Clark Street • Powell, Wyoming 82435
Ph (307) 754-2212 • Fax (307) 754-2214

Powell 0127