# Exhibit D

Ryan Davis Deposition Exhibit 6

Final Offer of Employment – December 11, 2020

# Powell Police

Roy Eckerdt, Chief of Police

*"In Pursuit of Justice, Peace, and Order"*



EXHIBIT 6 DAVIS 10-1-24

December 11, 2020                ZT

Ryan Davis

Dear Ryan,

    This letter constitutes a final offer of employment for the position of Police Officer I. You are scheduled to begin employment March 1, 2021 and will begin at pay grade 12 at $23.27/hour on the pay scale. Congratulations on successfully completing the hiring process and welcome to the Powell Police Department. I look forward to working with you.

Sincerely,

Roy Eckerdt
Chief of Police