# Exhibit E

Ryan Davis Deposition Exhibit 7

City of Powell, Job Description – Police Officer I

# City of Powell
## Job Description



| Title: | Police Officer I | Code: | 727 |
| --- | --- | --- | --- |
| Division: | Operations | Effective Date: | 12/08 |
| Department: | Police | Last Revised: | |

### GENERAL PURPOSE

Performs a variety of **entry level technical** law enforcement duties related to enforcing the laws, maintaining the peace, protecting citizens and conducting investigations.

### SUPERVISION RECEIVED

Works under the general supervision of a PO II, PO III, Sergeant, Lieutenant or Police Chief.

### SUPERVISION EXERCISED

None.

EXHIBIT 7 DAVIS

### ESSENTIAL FUNCTIONS (Performs Some Or All Of The Following)

**Patrol & Traffic:** Enforces all applicable city, state, and federal laws and ordinances by apprehending, citing and arresting violators as appropriate; investigates criminal activity, gathers evidence, interviews victims, witnesses and suspects and takes appropriate action to solve case and to bring suspects before proper judicial process; investigates traffic accidents, enforces traffic and parking violations; directs traffic and assists motorists as needed; serves warrants, processes, notices, summons and subpoenas and keeps records of disposition.

Responds to calls for service and renders aid to distressed citizens by maintaining the peace, supplying information, and aiding in assisting the citizens as applicable.

Completes detailed and accurate reports of daily activities, criminal cases, arrests, traffic accidents and other cases as appropriate; presents evidence and testimony in court and other hearings as required.

Operates police vehicle and other department equipment in a manner that will maximize its life span and will provide the utmost safety for the officer and the public; maintains visible presence to deter and prevent crime; performs foot patrol in the business areas to acquaint themselves with the business community and to make themselves more readily available to the citizens; checks for building security and illegal activity.

Performs ongoing public relations to enhance the image of the department within the community; as assigned, represents the department by speaking at public meetings and schools to educate and inform citizens; presents a professional image in both appearance and demeanor.

**Evidence Custodian:** Performs as evidence custodian; assures integrity of all evidence and manages processes and procedures for maintaining security; removes items from temporary storage, inspect and logs into secure area of property room; may transfers controlled substances to State Crime Lab for processing and analysis; utilizes Alcohol, Tobacco and Firearms (ATF) system to track firearms; prepares and provides order-of-disposal and related documentation to judge; perform and witness destruction of property and controlled substances; testifies in court. This is a time limited assignment.

**School/Campus Resource:** Performs in various programs for special target populations of the community as needed to address needs, concerns, and issues pertaining to crime prevention and public relations; performs specialty resource functions by administrative assignment; enforces all applicable city, state, and federal laws by apprehending, citing, and arresting violators on or off school property; supervises campus security personnel; may monitor student activities and apprise administration of legal concerns or discipline. Conducts criminal investigations on cases involving juvenile offenders; establishes rapport with school officials, students and parents; advises students, parents and school officials in criminal matters; makes arrests as needed. This is a time limited assignment.

**Task Force Officer:** Performs as department liaison assigned to Wyoming Division of Criminal Investigation Northwest Enforcement Team. Functions as team member participating in all major case investigations as assigned. Shares drug and other criminal intelligence information with local agencies. Conducts surveillance, executes search/arrest warrants, interviews informants, witnesses and suspects, write reports, collects and preserves evidence, prepares cases with prosecuting attorneys and testifies in court. This is a time limited assignment.

**K-9 Officer:** Works closely with specially trained Police canine to develop an effective relationship; trains canine daily and weekly in aggression, evidence search, drug search, area search, obedience and crowd control; maintains accurate records of all training and line duty activities; maintains personal file on canine; prepares and submits reports as necessary; insures proper care and feeding, health and safety of canine; maintains accurate records of dog tag licenses and shots; performs necessary cleaning and maintenance of dog, kennel and police vehicle. This is a time limited assignment.

Performs related duties as required.

## MINIMUM QUALIFICATIONS

1. Education and Experience:
   A. Graduation from high school or GED;

   AND

   B. One (1) year of general work experience.

2. Knowledge, Skills, and Abilities:

   **Some Knowledge of** modern law enforcement principles, procedures, techniques and equipment; applicable Federal, State, County, and City laws and ordinances and departmental rules and regulations; NCIC, UCR/IBR codes and there proper application; methods of arrest; legal liabilities associated with arrest and law enforcement; practices and procedures for emergency vehicle operation; specialized equipment such as that needed to document field sobriety tests, radar, radio, camera, finger printing, evidence collection, etc.; hazardous waste classifications and emergency procedures; investigative procedures and practices; courtroom procedures and laws of evidence.

   **Some Skill in** the use of firearms, non-lethal weapons, police vehicle/emergency vehicle operation, emergency equipment, which may include breath test devices, radar units, and restraining devices.

   **Ability to** react effectively in emergency and stress situations; exhibit imagination, initiative and problem-solving capability in coping with a variety of law enforcement situations; follow standard safety practices and procedures common to law enforcement work; perform work requiring good physical condition; communicate effectively, verbally and in writing; establish and maintain effective working relationships with employees, other agencies and the public.

3. Special Qualifications:

   Must be 21 years of age. Must possess a valid Wyoming State driver's license. Must acquire and maintain Wyoming POST Basic peace officer certification. Must pass employment drug test. May be required to be or become NASRO certified. Varying shift work is required. All time limited capacity assignments will be set and may be extended or terminated at the discretion of the Chief of Police

4. Work Environment:

   Tasks require a variety of physical activities periodically involving muscular strain related to walking, standing, stooping, sitting and reaching. Essential functions require talking, hearing and seeing. Mental application utilizes memory for details, emotional stability, discriminating thinking and creative problem solving. Frequent local travel required in course of performing portions of job functions. Elements of the job pose various degrees of hazard uncertainty common to law enforcement.

◆ ◆ ◆

**Disclaimer:** The above statements describe the general nature, level, and type of work performed by the incumbent(s) assigned to this classification. They are not intended to be an exhaustive list of all responsibilities, demands, and skills required of personnel so classified. Job descriptions are not intended to and do not imply or create any employment, compensation, or contract rights to any person or persons. Management reserves the right to add, delete, or modify any and/or all provisions of this description at any time as needed without notice. This job description supersedes earlier versions.

I _____ have reviewed the above job description. Date: 3/11/2021
(Employee)