# Exhibit F

Ryan Davis Deposition Exhibit 8

Acknowledgement Personnel Policies & Procedures – August 15, 2021

EXHIBIT
8
DAVIS

# City of Powell
# Personnel Policies & Procedures Review

I certify that as of ___8/15/21___ I have read and understand the current City of
(Date)

Powell Personnel Policies and Procedures as updated and approved by the Powell City Council.

Name (please print): __RYAN DAVIS__

Signature: _____

*Signed sheet due back to City Hall August 15, 2021

Powell 0140