# Exhibit N

Ryan Davis Deposition Exhibit 10

Letter of Separation – January 7, 2022



270 North Clark Street – Powell, Wyoming 82435
(307) 754-5106 – FAX (307) 754-5385



January 7, 2022

Mr. Ryan Davis
Police Officer
250 North Clark St.
Powell, WY 82435

Dear Mr. Ryan Davis:

I am writing to inform you that as of January 7, 2022 the City of Powell has sepearted employment with you as we had discussed in our meeting with H.R. Manager Tiffany Brando and Chief Roy Eckerdt. I wish you well and the City of Powell thanks you for your service.

I have included a copy of the city policy 3.5 for your reference.

Sincerely,

Zack Thorington
City Administrator

Powell 0153

The department head shall bring new/re-hired employees to the Administration Office for completion of payroll/employment forms, review of benefits associated with employment and to receive handouts/booklets associated with benefit programs and other necessary paperwork. All paperwork must be completed before an employee begins work.

A copy of these policies and procedures, including all updates, shall be made available by the department head to the employee at the time of employment. It is each employee's responsibility to read, understand, and comply with all provisions of this handbook.

## 3.5 Probationary Period [June 21, 2021]

### NEW EMPLOYEE(S)

All full-time and part-time employees, except for law enforcement personnel, are required to serve a probationary period of 6 months. Law enforcement personnel are required to serve a probationary period of one year. The probationary period shall be utilized for closely observing the employee's work, for securing the most effective adjustment of a new employee to his/her position, and for rejecting any employee whose performance does not meet required work standards.

Probationary employees are at will and may be removed at any time during the probationary period without prior notice. Such a removal shall not be subject to appeal. During the probationary period an employee may leave without prior notice to the city.

An employee shall be evaluated prior to the end of their first six months. Said evaluation shall be completed at least seven (7) days before the end of the first six months, but not more than thirty (30) days prior. Employees shall be evaluated annually thereafter on their job anniversary date. The department head must submit a performance appraisal and take one of the following actions:
1. Affirm in writing that the services of the employee have been found to be satisfactory and recommend that the employee be given fulltime status.
2. Recommend that the probationary period be extended for a maximum of three months.
3. Recommend that the employee's services be terminated.

### PROMOTION

When a promotion is granted within the same department or an employee's classification changes significantly, the department head may place the employee in a 6-month probationary status. During this time, the employee may be returned to his prior classification and pay without cause. Appraisal requirements for a new employee shall apply to this type of action. No probation period will be required for a salary change as a result of a salary survey or cost of living adjustment.

— A promotion within the same department to a level 2 or level 3 does not trigger a new probationary period and may occur only during an employee's scheduled annual evaluation.

## 3.6 Performance Appraisal Reviews [June 16, 2014]

All full-time and part-time employees shall receive annual performance appraisals. All full-time and part-time employees shall be evaluated prior to the end of their probationary period. Said

Powell 0154