# Exhibit P

Ryan Davis Deposition Exhibit 16

FMLA Terms, Return to Work Release Form

enclosed are FMLA forms and a return to work form with Job description. We will need a release to return to work before returning.

If you have any questions please let me know

Thank you
Tiffany Brando



**City of Powell**
270 N Clark St
Powell, Wyoming 82435

Tiffany Brando
City Clerk

Office: (307) 754-6903
tbrando@cityofpowell.com

Fax: (307) 754-5385
www.cityofpowell.com

EXHIBIT 16
DAVIS
10-1-24



*City of Powell*

## Return to Work Release Form
Policy 7.5

**Instructions:**

**Employee**: Have your health care provider review your attached job description and complete this form. Return the completed form to your supervisor or human resources before you return to work.

**Health Care Provider**: Please review the attached job description for this employee, complete this form, and return it to the patient.

Employee name: __Ryan Davis__

Department: _____

Date the condition began: __Oct. 1, 2021__

**Please check one of the following:**

___ The employee is able to work a full, regular schedule with no restrictions, beginning _____(date)

___ The employee is unable to return to work until _____(date)

___ The employee is able to return to work on a reduced schedule for ___ hours a day from _____(date) to _____ (date)

___ The employee is able to return to work with restrictions from _____ (date) to _____ (date).

**Please indicate restrictions, if any, below for:**

Standing (number of hours): _____

Walking (number of hours): _____

Sitting (number of hours): _____

Lifting (number of pounds): _____

Carrying (number of pounds): _____

Use of hands (repetitive motions, pushing, pulling): _____

Any other restrictions: _____

_____

_____

Signature of Health Care Provider: _____

Printed Name of Health Care Provider: _____

Date: _____