# Exhibit E

Tiffany Brando
Deposition Excerpts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

RYAN DAVIS, an individual, ) Case No.: 23-CV-230-S
Plaintiff, )
vs. )
THE CITY OF POWELL, WYOMING, ET AL., )
Defendants. )

DEPOSITION OF TIFFANY BRANDO

TAKEN ON BEHALF OF THE PLAINTIFF

AT POWELL, WYOMING

OCTOBER 2, 2024 AT 9:00 A.M.

REPORTED BY:

JOAN F. MARSHALL, C.S.R.
Notary Public

**Two Sisters Reporting Service**
**(307) 438-1629**

**A. I do not.**

Q. Who filled out the workers' comp paperwork?

**A. I would need to look at the form. There's a signature line on it.**

Q. Did Officer Davis submit that to the State, or is that something you assisted with?

**A. That's something that I did, as the employer.**

Q. I know I said this earlier. Do you need a break at all?

**A. I'm fine right now.**

Q. You can ask for one at any time.

I'm going to hand you what has been marked Exhibit Number 15. Please take a minute and look at that and let me know when you've had a second to peruse it.

**A. Okay.**

Q. Have you ever seen that form before?

**A. Yes.**

Q. What is that?

**A. It is an Application For Long-Term-Disability Income Benefits.**

Q. And who is that for?

**A. Ryan S. Davis.**

Davis was -- it was discussed that he would be terminated, was that the first time you had learned of that?

**A. Yes.**

Q. Did Zack Thorington prior to the meeting ever say anything to you about Officer Davis's right under -- rights under the American with Disabilities Act?

**A. No.**

Q. Did you ever bring it up to Zack? Did you ever bring up Officer Davis's rights under the American with Disabilities Act to Zack prior to that meeting?

**A. No.**

MR. THOMPSON: Objection as to form, foundation.

BY MR. DANIEL WILKERSON:

Q. During that meeting, was the American with Disabilities Act discussed?

MR. THOMPSON: Objection as to form, foundation, asked and answered.

**A. No.**

BY MR. DANIEL WILKERSON:

Q. Who made the decision to terminate Officer Davis?

**A. The city administrator.**

Q. And that would be Zack?

**A. Yes.**

Q. The January 7th termination meeting -- and let's just be clear for the record. You were only involved in one meeting with Officer Davis on January 7th of 2021?

**A. Yes.**

Q. And you stated a minute ago you found out about the meeting a day or two ahead of time.

**A. I believe so.**

Q. Okay. And who was in that meeting?

**A. The city administrator, Zack Thorington, the police chief, Roy Eckerdt, myself and Officer Davis.**

Q. Do you approximately remember what time of the day it was?

**A. Morning.**

Q. In the morning.

Do you remember how long the meeting took?

**A. I do not.**

Q. Do you remember it being less than an hour, more than an hour?

**A. Less than an hour.**

Q. In dealing with Officer Davis during the January 7th meeting or prior to, did you ever have discussions with Officer Davis about reasonable accommodations that needed to be made under the American with Disabilities Act?

**A. No.**

MR. THOMPSON: Objection as to form, foundation.

BY MR. DANIEL WILKERSON:

Q. Did you have any discussions with Zack about your interactive process you needed to take with Officer Davis?

MR. THOMPSON: Same objection.

**A. No.**

BY MR. DANIEL WILKERSON:

Q. Do you ever remember seeing notes or an outline or a chart about the interactive process took with Officer Davis?

MR. THOMPSON: Same objection.

**A. No.**

MR. DANIEL WILKERSON: It's ten o'clock. Let's take 10, 12 minutes. We'll start up again at 10:15.

THE DEPONENT: Okay.

(Whereupon, a recess was taken at 10:04