# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

2:51 pm, 4/8/25

**Margaret Botkins
Clerk of Court**

RYAN DAVIS,

                    Plaintiff,

vs

THE CITY OF POWELL, WYOMING,

                    Defendant.

Case Number: 23-CV-230-SWS

## JUDGMENT IN A CIVIL ACTION

This matter comes before the Court on the Defendant's Motion for Summary Judgment (ECF 50). Pursuant to the Order entered April 8, 2025 (ECF 63), incorporated by reference herein, Defendant's *Motion for Summary Judgment* (ECF 50) is GRANTED.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in the Defendant's favor and against Plaintiff on all remaining claims -- Counts I, II, III, IV, and V. IT IS FURTHER ORDERED that all pending motions are denied as moot, and this case and all settings are hereby terminated.

Dated this 8th day of April, 2025.

                                                      Margaret Botkins
                                                      Clerk of Court

                                                      By Elayna Thorsell
                                                      Deputy Clerk